UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOSHUA WOODARD, NEIL WESTFALL, ALEX SHELNUTT, JEREMY McKINNON, all professionally known as A DAY TO REMEMBER, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 3:11-cv-00510 |
| v. | ) ) | JUDGE NIXON BROWN |
| VICTORY RECORDS, INC. and ANOTHER VICTORY, INC. | ) ) ) | MAGISTRATE JUDGE BROWN |
| Defendants. | ) ) ) | JURY DEMAND |

## **MOTION TO WITHDRAW AS COUNSEL**

COME NOW Daniel B. Hayes and Jeff Leven, and the firm of Davis Shapiro Lewit & Hayes, LLP, shown on the Complaint as California co-counsel for Defendants, who hereby advise the Court that they will not be filing a Motion to Appear For This Case and will not be counsel of record in this cause.

/s Jay S. Bowen
Jay S. Bowen, BPR No. 2649
BOWEN & UNGER, PLC
47 Music Square East
Nashville, TN 37203
Tel: (615) 329-4440
Fax: (615) 329-4485
Jbowen@bowenungerlaw.com