# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Joshua Woodard, et al().

                                      Plaintiff,

v.                                                                           Case No.: 1:11–cv–07594
                                                                           Honorable John Z. Lee

Victory Records, Inc., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 5, 2012:

      MINUTE entry before Honorable John Z. Lee: Motion hearing held 12/5/12. For the reasons stated in open court, Defendants' motion to compel against plaintiffs for disclosure of discovery and for other relief [137] is granted as set forth herein. Plaintiffs are ordered to reimburse Defendants for their reasonably incurred costs and fees in preparing for and taking the Rule 30(b)(6) deposition of Jeremy McKinnon and for their reasonably incurred costs and fees in connection with the preparation of the instant motion and attendance at the hearing. Plaintiffs are also directed to conduct additional searches of ESI to respond to Defendant's discovery requests. In that regard, the parties are to meet and confer regarding (1) the sources of ESI that will be searched by the Plaintiffs' IT vendor, and (2) the ESI search terms that will be used by the IT vendor. The parties are to meet and confer in an effort to come to an agreement as to these issues no later than 12/28/12. To the extent the parties are unable to agree upon these items, defendant should file the appropriate motion with this Court, and an evidentiary hearing will be set at a time designated by the Court. Counsel of both parties as well as Plaintiff#039;s IT vendor will be directed to appear in person for that hearing. This Court will continue to supervise the discovery process in this case and expects that the parties will use their best efforts to minimize further disputes. Status hearing set for 2/27/13 at 9:00 a.m. Lead counsel must appear in person for the status hearing. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.